# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| THE WEISER LAW FIRM, P.C., ROBERT B. WEISER, <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL HARTLEIB, <br><br> Defendant. | CASE NO. 8:23-cv-00171–CJC-JDE <br><br> (Assigned for all purposes to Judge Cormac Carney, Courtroom 9B) <br><br> **JUDGMENT** |

## JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs THE WEISER LAW FIRM, P.C., and ROBERT B. WEISER take nothing, that the action be dismissed with prejudice, and that Defendant MICHAEL HARTLIEB shall recover $26,225 and costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

DATED: September 7, 2023

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**CC: FISCAL**